127 F.3d 1096
 Arnold Orsatti, Jr., Rebecca Orsatti v. New Jersey State Police, David
V.
Brody, Deputy Attoney General of State of New Jersey, Joseph
Guzzardo, New Jersey State Police Officer, Robert Kirvay,
New Jersey State Police Officer, Albert Black, Clinton L.
Pagano, Former Superintendent of New Jersey State Police;
Kaleem Shabazz v. New Jersey State Police, David V. Brody,
Deputy Attorney General of State of New Jersey, Joseph
Guzzardo, New Jersey State Police Officer,
 NOS. 96-5479, 96-5481
 United States Court of Appeals,
Third Circuit.
 Aug 21, 1997
 
 Appeal From: D.N.J. ,No.91cv03023, 91cv05468 ,
 Simandle, J.;
 
 Appealing after remand 71 F.3d 480
 
 1
 Affirmed.